**Opinion filed March 17, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00319-CV

_____

## MONIKA ROSE WELCH
## V.
## CHRISTOPHER PAUL WELCH

**On Appeal from the County Court at Law**
**Brown County, Texas**
**Trial Court Cause No. DV1004108**

### M E M O R A N D U M   O P I N I O N

Monika Rose Welch is the appellant in this appeal. She has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "[t]he parties have entered into a settlement agreement disposing of all issues presented in this appeal and the underlying suit." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 17, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.